## UNITED STATES BANKRUPTCY COURT
## SOUTHERN DISTRICT OF INDIANA

IN RE:

Andrew Clayton Sloniker,

Debtor.

CASE NO. 21-02811-JJG-13
CHAPTER 13

## MOTION TO CONTINUE

1.  The instant matter is set for hearing on August 24, 2021 on Ally Bank's Objection to Confirmation.

2.  Ally Bank's attorney will be out of the office on August 24, 2021 due to a previously scheduled family vacation.

3.  Both the Chapter 13 Trustee and Debtor's counsel have consented to a continuance.

4.  Accordingly, Ally Bank's counsel requests a continuance of the August 24, 2021 hearing to a date in September.

    /s/ Evan Lincoln Moscov
    Evan Lincoln Moscov
    P.O. Box 8305
    Waukegan, IL 60079
    Telephone: (312) 969-1977
    evan.moscov@moscovlaw.com

## CERTIFICATE OF SERVICE

I certify that a true and correct copy of the foregoing was filed electronically on the 6th day of August 2021, with the United States Bankruptcy Court, and has been served on the parties in interest via e-mail by the Court's CM/ECF System as listed on the Court's Electronic Mail Notice List.

John Morgan Hauber 320 N. Meridian St. Ste. 200 Indianapolis, IN 46204

1

 U.S. Trustee 101 W. Ohio St.. Ste. 1000 Indianapolis, IN 46204

Michael Steven Cox Gloyeski Law Firm 475 Anchorage Road Suite 12 Warsaw, IN 46580

/s/ Evan Lincoln Moscov
Evan Lincoln Moscov