**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF INDIANA**
**INDIANAPOLIS DIVISION**

| | | |
|---|---|---|
| In Re: | ) | Case No. 21-02811-JJG-13 |
| | ) | |
| ANDREW CLAYTON SLONIKER, | ) | Chapter 13 |
| | ) | |
| Debtor. | ) | Judge Jeffrey J. Graham |

**NOTICE OF APPEARANCE AND REQUEST FOR NOTICE**

Now come The Haven Detox, LLC and Indiana Center for Recovery, LLC, parties in interest in the above styled action, pursuant to Federal rule of Bankruptcy Procedure 2002(g), and request that all notices required to be mailed or served in this case be directed to:

John M. Stringfield
Clendening Johnson & Bohrer, P.C.
409 W. Patterson Drive, Suite 205
Bloomington, IN 47403
Telephone: 812-332-1000
jstringfield@lawcjb.com

Further, pursuant to Federal Rule of Bankruptcy Procedure 9010(b), John M. Stringfield hereby enters his Notice of Appearance in this matter on behalf of The Haven Detox, LLC and Indiana Center for Recovery, LLC.

Dated: August 9, 2021 Respectfully Submitted,

By: */s/ John M. Stringfield*
John M. Stringfield
**Clendening Johnson & Bohrer, P.C.**
409 W. Patterson Drive, Suite 205
Bloomington, IN 47403
Telephone: 812-332-1000
jstringfield@lawcjb.com
Attorney for The Haven Detox, LLC and
Indiana Center for Recovery, LLC

## Certificate of Service

I hereby certify that on August 9, 2021, a copy of the foregoing Notice of Appearance was filed electronically. Notice of this filing will be sent to the following parties through the Court's Electronic Case Filing System. Parties may access this filing through the Court's system.

***Trustee***
John Morgan Hauber
320 N. Meridian St., Suite 200
Indianapolis, IN 46204
ecfmail@hauber13.com

***U.S. Trustee***
Office of U.S. Trustee
101 W. Ohio St., Ste. 1000
Indianapolis, IN 46204
317-226-6101
Ustpregion10.in.ecf@usdoj.gov

***Debtor's Counsel***
Michael Steven Cox
Gloyeski Law Firm
475 Anchorage Road, Suite 12
Warsaw, IN 46580
gloyeskilawin@hotmail.com

*/s/ John M. Stringfield*
John M. Stringfield

G:\My Drive\Clio\United Pharmacy\16022-12\00 Pleadings\Appearance_JMS.docx